USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
:
GEODIS LOGISTICS, LLC, :
:
                    Plaintiff, :
:
            -v- :    1:22-cv-8547-GHW
:
PROJECT VERTE, INC., :
                  Defendant. :       ORDER
:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court observes that on January 18, 2023, Plaintiff requested a certificate of default in this case. *See* Dkt. No. 12. No action appears to have been taken since that time. Plaintiff is directed, by no later than March 21, 2023, to provide a status update explaining how they wish to proceed in this case by letter filed on the docket.

      Counsel for Plaintiff is directed to serve this order on Defendant and to retain proof of service.

      SO ORDERED.

Dated: March 14, 2023
       New York, New York

                                               _____
                                                   GREGORY H. WOODS
                                               United States District Judge