```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
GEODIS LOGISTICS, LLC, :
:
Plaintiff, :
:
-v- :                                           1:22-cv-8547-GHW
:
PROJECT VERTE, INC., :
Defendant. :                                ORDER
-------------------------------------------------------------- :
X

GREGORY H. WOODS, United States District Judge:

On March 14, 2023, this Court directed Plaintiff to provide a status update on this case by no later than March 21, 2023.  Dkt. No. 14.  No status update has been provided.  Plaintiff is directed to comply with the Court's March 14, 2023 order forthwith, and in no event later than March 24, 2023.

SO ORDERED.

Dated: March 22, 2023
       New York, New York
                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge