USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/2023

# KMA ZUCKERT

KMA Zuckert LLC
1350 Broadway, Suite 2410
New York, New York 10018
+1.212.922.0450 Main
www.kmazuckert.com

**MEMORANDUM ENDORSED**

David Y. Loh
+1.212.991.5914 Direct
dloh@kmazuckert.com

March 22, 2023

**VIA ECF ONLY**

Hon. Gregory H. Woods
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

**RE:**   Geodis Logistics, LLC v. Project Verte, Inc.
Docket No. 1:22-cv-8547 (GHW) (RWL)
Our file:  448024.00001

Dear Judge Woods:

We are attorneys representing plaintiff GEODIS LOGISTICS, LLC in the above captioned matter and write in response to the Court's Orders [Dkts. 14 and 15].

After obtaining the Clerk's Certificate of Default, the undersigned learned that defendant filed for Chapter 7 bankruptcy in the U.S. Bankruptcy Court for the District of Delaware.  We have not moved for default judgment because the automatic stay.  We are uncertain of how the debtor will emerge from bankruptcy and respectfully request that this matter be scheduled for a conference sometime over the next six (6) months or at the Court's earlier convenience.

We thank the Court for its attention and courtesies, and remain,

Respectfully yours,

KMA ZUCKERT LLC

By:   David Y. Loh

---

Application granted in part.  Counsel for Plaintiff is directed to (a) by no later than March 24, 2023, inform the Court by letter on the docket of the case number of the bankruptcy case referred to in this letter and (b) provide a status update to the Court regarding that bankruptcy either when the debtor emerges from that bankruptcy or in one year from the date of this order, whichever comes first.  To be clear, this order does not require that the debtor take any action.
The Clerk of Court is directed to note on the docket that this case is stayed as a result of the Defendant's bankruptcy.
SO ORDERED.

Dated:  March 22, 2023
New York, New York

GREGORY H. WOODS
United States District Judge